**[8opaydir]** [ORDER AUTHORIZING DIRECT PAYMENTS TO SECURED CREDITOR]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:   Case No. 9:09−bk−25757−ALP
Chapter 13

Cesar Federico Fernandez
148 SE 23rd Terr
Cape Coral, FL 33990

_____Debtor(s)_____/

AMENDED ORDER AUTHORIZING DIRECT
PAYMENTS TO SECURED CREDITOR
(amended to reflect correct name of debtor)

THIS CASE came on for consideration of the motion filed by the Debtor* on 11/10/2009 ("Motion")(Doc. No. 7 ) to make payments directly to a secured creditor, HSBC Retail Services/Regions Bank/SunTrust regarding 2008 Kawasaki Motorcycle/2008 Toyota Tundra/1999 Mack Truck Tractor and 2006 Dump Trailer ("Creditor") rather than through the Chapter 13 Trustee. It appears from a review of the Motion that it should be granted conditioned on the Debtor's compliance with this order. Accordingly it is

ORDERED:

   1. The Debtor is directed to file, if not filed with the Motion, a certification ("Certification") stating the following:

      A. The Debtor is current with payments to the Creditor and the Debtor is financially able to maintain payments to the Creditor.

      B. The Debtor has either:

         1. Set up an automatic bank debit payment plan and payments are being made directly to the Creditor by automatic bank debit, or

         2. The Debtor has attempted to establish a procedure to pay the creditor by direct withdrawal, but such procedure is not available.

    2. If the Motion was not accompanied by the Certification, the Debtor must file the Certification within twenty (20) days of the entry of this Order. If the Certification accompanied the Motion or is filed within the twenty−day period, the Motion shall be deemed granted without further order of the Court. If the Certification is not timely filed, the Motion shall be deemed denied without further order of the Court.

3. Unless the motion is deemed denied pursuant to paragraph 2 above, the automatic stay and discharge injunction are hereby terminated with respect to the Creditor to seek *in rem* relief against the property securing the Creditor's claim.

DONE AND ORDERED on November 17, 2009 .

*[signature: Alexander L. Paskay]*

_____
Alexander L. Paskay
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.